IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AGAPITO PETE MENDOZA § § Petitioner, § § VS. § § NO. 3:05-CV-0042-M DOUGLAS DRETKE, Director § Texas Department of Criminal Justice, § Correctional Institutions Division § § Respondent. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge dated September 6, 2006, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 2nd day of October, 2006.

_____
Barbara M. G. Lynn
UNITED STATES DISTRICT JUDGE